```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/26/2021_

CASTIRON COURT CORP.,

                        Plaintiff,

    -against-

GUESS?, INC.,

                        Defendant.

21 Civ. 1701 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for September 2, 2021, is ADJOURNED *sine die*, pending resolution of the motion for summary judgment, ECF No. 22.

    SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge