UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASTIRON COURT CORP.,

                                    Plaintiff,

            -against-

GUESS?, INC.,

                                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/1/2022
```

21 Civ. 1701 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received the parties' stipulation of voluntary dismissal.  ECF No. 44. Accordingly, the stay in this case is LIFTED and the Clerk of Court is directed to terminate the motion pending at ECF No. 22 and close the case.

SO ORDERED.

Dated: February 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge